*Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Elizabeth W. Weston* filed a memorandum for respondent stating that they do not oppose the granting of the petition limited to the question of the interpretation of § 8 (a)(3) of the National Labor Relations Act. 

No. 278. RAMSPECK ET AL. *v.* FEDERAL TRIAL EXAMINERS CONFERENCE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for the members of the Civil Service Commission and the National Labor Relations Board, petitioners. *Charles S. Rhyne* and *Eugene J. Bradley* for respondents. 

No. 287. POLIZZI *v.* COWLES MAGAZINES, INC. C. A. 5th Cir. Certiorari granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *John D. Marsh* for petitioner. *Arthur E. Farmer* for respondent. 

No. 301. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. 8th Cir. Certiorari granted. *Acting Solicitor General Stern* and *George J. Bott* for petitioner. *Clif Langsdale* for respondent. 

No. 262. CALMAR STEAMSHIP CORP. *v.* UNITED STATES; and
No. 303. CALMAR STEAMSHIP CORP. *v.* SCOTT ET AL. C. A. 2d Cir. Certiorari granted. *Edwin S. Murphy, Ira A. Campbell* and *Helen C. Cunningham* for petitioner. *Acting Solicitor General Stern* filed a memorandum

854

stating that the Government does not oppose the granting of the petition in No. 262, and also a memorandum for the United States, as *amicus curiae,* in No. 303, agreeing that the petition raises important questions of federal law appropriate for decision by this Court. *Russell T. Mount* for respondents in No. 303. Reported below: 197 F. 2d 795.

No. 178. DEPEW PAVING CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert Ash* for petitioner. *Acting Solicitor General Stern* and *Samuel D. Slade* for the United States.

No. 232. UNITED STATES *v.* SCHAEFFER ET AL. Court of Claims. Certiorari denied. *Philip B. Perlman,* then Solicitor General, and *Acting Solicitor General Stern* for the United States. *Solomon Dimond* for respondents.

No. 260. ARON *v.* SNYDER, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harold G. Aron, pro se.*

No. 272. SHELL OIL CO. *v.* WILKIN ET AL.; and
No. 297. WILKIN ET AL. *v.* SHELL OIL CO. C. A. 10th Cir. Certiorari denied. *Geo. W. Cunningham* and *Gordon Watts* for petitioner in No. 272. *A. W. Gilliland* and *H. D. Moreland* for petitioners in No. 297 and respondents in No. 272.